Jack P. Burden, Esq.
Nevada State Bar No. 6918
Xiao Wen (Shirley) Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com
Attorneys for Defendants
*Albertson's LLC, Albertson's Stores Sub LLC, and ABS NV-O LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA LIBRERA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; ABS NV-O LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.   2:18-CV-00873-JCM-CWH<br><br>**STIPULATION AND ORDER REGARDING RULE 35 EXAM** |

Plaintiff VANESSA LIBRERA ("Plaintiff") and Defendants Albertsons LLC, Albertsons Stores Sub LLC and ABS NV-O LLC ("Defendants"), by and through their respective attorneys, stipulate and agree as follows:

1. Plaintiff's Rule 35 medical examination ("examination") shall be conducted on September 11, 2018 at 2:00 pm by Dr. James Forage at 861 Coronado Center Dr. #200, Henderson NV 89052. No one other than Ms. Librera may attend the examination.

2. Any paperwork or forms that Dr. Forage requires for the examination shall be submitted to Plaintiff's counsel no later than five (5) days prior to the date of the examination and is subject to objection by plaintiff's counsel. No additional paperwork will be completed at the examination location.

1

3. Both Ms Librera and Dr. Forage may audio record the examination to ensure accuracy of the report.
4. Ms. Librera will not be asked questions regarding liability surrounding the subject incident.
5. No x-rays, radiographs, MRIs, CT scans PET scans or other medical imaging may be obtained as part of the examination. Ms. Librera is required to provide any updated medical imaging for review by Dr. Forage.
6. No physically painful, intrusive or embarrassing procedures may be performed during the examination.
7. Dr. Forage shall not engage in any *ex parte* communication with Ms. Librera's treating health care providers.
8. Thirty (30) days following the examination, Defendants shall provide Plaintiff's counsel with a copy of the examination report, as well as a copy of their entire file relating to the examination of Ms. Librera.
9. Plaintiff shall not pay or incur any fee for the examination and shall use her best efforts to appear at the office of Dr. Forage **10 minutes** prior to the scheduled examination date and time.

DATED this 31 day of August, 2018.
NAQVI INJURY LAW

By: _____
Paul Albright, Esq.
Naqvi Injury Law
9500 West Flamingo Rd
Las Vegas, NV 89147
702-465-9733

DATED this 31 day of August, 2018.
BACKUS, CARRANZA AND BURDEN

By: _____
Jack P. Burden, Esq.
Backus, Carranza and Burden
3050 S. Durango Dr
Las Vegas, NV 89117
702-872-5555

ORDER REGARDING RULE 35 EXAM

On the stipulation regarding the Fed. R. Civ. P. 35 Examination of Plaintiff Vanessa Librera.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED

Submitted by:

**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
Xiao Wen Jin, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendants