1  FARHAN R. NAQVI
   Nevada Bar No. 8589
2  ELIZABETH E. COATS
   Nevada Bar No. 12350
3  NAQVI INJURY LAW
   9500 W Flamingo Road, Suite 104
4  Las Vegas, Nevada 89147
5  Telephone: (702) 553-1000
   Facsimile: (702) 553-1002
6  naqvi@naqvilaw.com
   elizabeth@naqvilaw.com
7  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA LIBRERA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; ABS NV-O LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>                    Defendants. | Case No.: 2:18-cv-00873-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS IN LIMINE (SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff VANESSA LIBRERA ("Plaintiff"), by and through her counsel of record, FARHAN R. NAQVI and ELIZABETH E. COATS of NAQVI INJURY LAW, and Defendants ALBERTSON'S LLC d/b/a ALBERTSON'S, ALBERTSON'S STORES SUB LLC and ABS NV-O LLC STATE FARM, by and through their counsel of record, JACK P. BURDEN, ESQ. of BACKUS, CARRANZA & BURDEN, that Plaintiff be granted an extension of time in which to file responsive pleadings to Defendants' motions in limine filed on July 16, 2020, which include the following:

1. *Defendants' Motion in Limine No. 1.: To Exclude Sedgwick Claims Management Pre-Litigation Claims File* [ECF Doc. 47]

2. *Defendants' Motion in Limine No. 2: To Exclude Evidence of all Prior Incidents, Reports, Lawsuits or Claims* [ECF Doc. 48]

3. *Defendants' Motion in Limine No. 3: To Exclude Articles on Safety, Preventable Deaths, and Cart Corral Maintenance* [ECF Doc. 49]

4. *Defendants' Motion in Limine No. 4: To Exclude Any Testimony, Evidence or Questioning Regarding the Installation and Inspection of the Cart Corral* [ECF Doc. 50]

5. *Defendants' Motion in Limine No. 5: To Exclude Testimony, Evidence Regarding Unavailability of any Witnesses* [ECF Doc. 51]

6. *Defendants' Motion in Limine No. 6: To Exclude Plaintiff from Presenting Arguments Based Upon Reptilian Theory, the Golden Rule or Safety Rules* [ECF Doc. 52]

The parties stipulate that the deadline for Plaintiff's responsive pleadings to the aforementioned motions be up to and including **August 24, 2020**. The current deadline for Plaintiff's oppositions is August 14, 2020 per the Court's July 27, 2020 Order [ECF Doc. 56]. Good cause exists for this extension as the parties are currently discussing potential resolution of this matter. Therefore, this extension will help to facilitate the parties' attempt at resolving this matter by preserving the unnecessary expenditure of costs and resources. Moreover, as the trial in this matter is not until January 25, 2021, there is sufficient time to allow the extension and hear the pending motions prior to trial in the event a settlement is not reached.

/ / /

/ / /

/ / /



This is the second stipulation for extension of time to file Plaintiff's responsive pleadings to the subject motions.

| | |
|---|---|
| DATED this 12th day of August, 2020. | DATED this 12th day of August, 2020. |
| NAQVI INJURY LAW | BACKUS, CARRAZNA & BURDEN |
| _/s/ Elizabeth E. Coats_____ | _/s/ Jack P. Burden_____ |
| FARHAN R. NAQVI | JACK P. BURDEN, ESQ. |
| Nevada Bar No. 8589 | Nevada Bar No. 6918 |
| ELIZABETH E. COATS | 3050 South Durango Drive |
| Nevada Bar No. 12350 | Las Vegas, Nevada 89117 |
| 9500 W. Flamingo Rd., Suite 104 | *Counsel for Defendants* |
| Las Vegas, Nevada 89147 | |
| *Counsel for Plaintiff* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 12, 2020