1  FARHAN R. NAQVI
   Nevada Bar No. 8589
2  ELIZABETH E. COATS
   Nevada Bar No. 12350
3  NAQVI INJURY LAW
   9500 W Flamingo Road, Suite 104
4  Las Vegas, Nevada 89147
5  Telephone: (702) 553-1000
   Facsimile: (702) 553-1002
6  naqvi@naqvilaw.com
   elizabeth@naqvilaw.com
7  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA LIBRERA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; ABS NV-O LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>                    Defendants. | Case No.: 2:18-cv-00873-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS IN LIMINE NO.7 [ECF Doc. 65] AND 8 [ECF Doc. 66] (FIRST REQUEST)** |

   IT IS HEREBY STIPULATED by and between Plaintiff VANESSA LIBRERA ("Plaintiff"), by and through her counsel of record, FARHAN R. NAQVI and ELIZABETH E. COATS of NAQVI INJURY LAW, and Defendants ALBERTSON'S LLC d/b/a ALBERTSON'S, ALBERTSON'S STORES SUB LLC and ABS NV-O LLC STATE FARM, by and through their counsel of record, JACK P. BURDEN, ESQ. of BACKUS, CARRANZA & BURDEN, that Plaintiff be granted an extension of time in which to file a responsive pleading to *Defendants' Motion in Limine No. 7.: To Exclude Plaintiff's Non-Retained Experts* [ECF Doc.

65] and *Defendants' Motions in Limine No. 8: To Exclude Plaintiff's Claim for Future Pain and Suffering* [ECF Doc. 66] filed on September 11, 2020.

The parties stipulate that the deadline for Plaintiff's responsive pleadings to the aforementioned motions be up to and including **September 28, 2020**.  This is the first stipulation for extension of time to file Plaintiff's responsive pleadings to the subject motions.  The trial in this matter is currently set for January 25, 2021.

DATED this 25th day of September, 2020.    DATED this 25th day of September, 2020.

NAQVI INJURY LAW                             BACKUS, CARRAZNA & BURDEN

 /s/ Elizabeth E. Coats                      /s/ Jack P. Burden
FARHAN R. NAQVI                              JACK P. BURDEN, ESQ.
Nevada Bar No. 8589                          Nevada Bar No. 6918
ELIZABETH E. COATS                           3050 South Durango Drive
Nevada Bar No. 12350                         Las Vegas, Nevada 89117
9500 W. Flamingo Rd., Suite 104              *Counsel for Defendants*
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 28, 2020
        _____