FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
NAQVI INJURY LAW
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
elizabeth@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA LIBRERA,<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; ABS NV-O LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 2:18-cv-00873-JCM-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST)** |

     Plaintiff VANESSA LIBRERA, by and through her attorneys of record, FARHAN R. NAQVI and ELIZABETH E. COATS of NAQVI INJURY LAW, and Defendants ALBERTSON'S LLC d/b/a ALBERTSON'S, ALBERTSON'S STORES SUB LLC, and ABS NV-O LLC STATE FARM, by and through their attorney of record, JACK P. BURDEN, ESQ. of BACKUS, CARRANZA & BURDEN, submit this **STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST)** pursuant Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rules 6-1 and 26-4 for the Court's consideration:



1  Good cause exists for the continuance.  Mostly significantly, as jury trials are currently postponed in this Court pursuant to the Third Amended Temporary General Order 2020-03, and pursuant to the request of the Courtroom Deputy to Honorable James C. Mahan, the parties request a continuance of the trial and all related deadlines in this matter.  Additionally, the parties recently participated in a private mediation on December 7, 2020, and are currently working to resolve this matter.  Therefore, a continuance will also help to facilitate the parties' settlement efforts.

The current trial date is January 25, 2021, with the Calendar Call scheduled for January 20, 2021 at 1:30 p.m.  The parties agree that the trial and all associated deadlines, including that related to motions in limine, be continued 120-days or as soon thereafter as this matter may be heard.  This Stipulation to Continue Trial is made in good faith and not for purposes of undue delay.

DATED this 14th day of December, 2020.

NAQVI INJURY LAW

 /s/ Elizabeth E. Caots_____
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

DATED this 14th day of December, 2020.

BACKUS, CARRAZNA & BURDEN

 /s/ Jack P. Burden_____
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
3050 South Durango Drive
Las Vegas, Nevada 89117
*Counsel for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE,

DATED: December 14, 2020
_____

  IT IS ORDERED that calendar call currently scheduled for 1/20/2021, is CONTINUED to 8/18/2021, at 1:30 PM in courtroom 6A before Judge James C. Mahan.

  IT IS FURTHER ORDERED that the trial currently scheduled for 1/25/2021, is CONTINUED to 8/23/2021, at 9:00 AM in courtroom 6A before Judge James C. Mahan.